1 Roberto Robledo (SBN 260041)
LAW OFFICES OF ROBERTO ROBLEDO
2 9845 Erma Road, Suite 300
San Diego, California 92131
3 (619) 500-6683
(619) 810-2980 fax
4 *roberto@robertorobledo.com*

5 Attorneys for Plaintiff David Greenley

6

7

8                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF CALIFORNIA
9

10

11 **David Greenley**, an individual,          | Case No. 17-cv-1991-CAB-BGS

12       Plaintiff,

                                                 **Notice of Voluntary Dismissal
13       v.                                      without Prejudice**

14 **CMRE FINANCIAL SERVICES,
INC.**, a California corporation,               Hon. Cathy Ann Bencivengo

15       Defendant.

16

17

18

19       NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a)(1),

20 Plaintiff voluntarily dismisses the above-captioned action in its entirety

WITHOUT PREJUDICE.
21

22

23 Dated:    November 17, 2017.       Law Offices of Roberto Robledo

                                       */s/ Roberto Robledo*
24                                      Attorneys for Plaintiff

25

26

27

28

Notice of Voluntary Dismissal—1

### Certificate of Service

1

2       I, the undersigned, declare that I am over the age of 18 years, and not a party

3   to this action.  I am employed in the County of San Diego, California.  My

4   business address is 9845 Erma Road, Suite 300, San Diego, California 92131.  On

5   the same day as this Certificate was executed, I served copies of the attached

6   documents:

### Notice of Voluntary Dismissal without Prejudice

7   via email and First-Class US Mail on:

8       Tamar Gabriel, gabrielt@cmtlaw.com

9       Carlson & Messer, LLP

10      5901 W. Century Blvd., Suite 1200
    Los Angeles, CA 90045

11

12      I declare under penalty of perjury under the laws of the United States of

13  America that the foregoing is true and correct.  Executed this, the 17th day of

14  November, 2017, at San Diego, California.

15

16      */s/ Roberto Robledo*
    Roberto Robledo

17      Law Offices of Roberto Robledo

18      9845 Erma Road, Suite 300
    San Diego, CA 92131

19      (619) 500-6683

20

21      Attorneys for Plaintiffs

22

23

24

25

26

27

28

Notice of Voluntary Dismissal—2